## Wimple and another *vs.* M'Dougal.

*Ejectment.* VAN VECHTEN for the Plaintiff, moved for leave to amend the declaration in ejectment, by adding a count on the demife of a perfon not originally named as a leffor. He mentioned the Cafe of *Jackfon ex dem. Quackenbos vs. Dennis,* where this was allowed.

*Graham* contra.

H

*Per Curiam.* In the cafe of *Quackenbos vs. Dennis*, it was fo ordered, and that is to be confidered as a precedent to govern. But it is reafonable that the Defendant fhould be permitted to relinquifh his defence, if he chufes to do fo, as the introduction of a new party may vary his fituation. Let him elect, by friday next, to abide by or relinquifh his plea; and if he relinquifhes it, the Plaintiff muft pay all the cofts accrued up to that Day.